IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| PLAINTIFF, | : |
| | : |
| v. | : Civil No.   21-cv-456 |
| | : |
| ONE 2020 FORD F350 CREW CAB XLT PICKUP TRUCK, BEARING VIN: 1FT8W3B64LEC41202, WITH ALL ACCESSORIES, ATTACHMENTS, AND COMPONENTS THEREON; ONE 2019 CADILLAC ESCALADE ESV, BEARING VIN: 1GYS4KKJ7KR254957, WITH ALL ACCESSORIES, ATTACHMENTS, AND COMPONENTS THEREON; ONE 1962 CHEVROLET IMPALA CONVERTIBLE, BEARING VIN: 21869F279747, WITH ALL ACCESSORIES, ATTACHMENTS, AND COMPONENTS THEREON; $59,624.20 IN FUNDS SEIZED FROM REGIONS BANK ACCOUNT NO. 4577; and $17,065.66 IN FUNDS SEIZED FROM SCOTT CREDIT UNION ACCOUNT NO. 8198, | : |
| | : |
| DEFENDANTS. | : |

**VERIFIED COMPLAINT FOR FORFEITURE**

The United States of America, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Adam E. Hanna, Assistant United States Attorney, states as follows:

**COUNT I**

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C) for property constituting or derived from proceeds of violations of Title 18, United States Code, Sections 1341 (Mail Fraud); Title 18, United States Code, Section 1951 (Extortion); Title 18, United States Code, Section 1956 (Money Laundering); and Title

18, United States Code, Section 1957 (Monetary Transaction in Criminally Derived Property).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

3. The defendant property is one 2020 Ford F350 Crew Cab XLT Pickup Truck, bearing VIN: 1FT8W3B64LEC41202, with all accessories, attachments, and components thereon.

4. The defendant property was seized on or about November 19, 2020, from the residence of Matissia Holt in O'Fallon, St. Clair County, Illinois.

5. The property consists of a vehicle which is currently being stored by the United States Marshals Service.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

7. The defendant property represents property constituting or derived from proceeds of violations of Title 18, United States Code, Sections 1341 (Mail Fraud); Title 18, United States Code, Section 1951 (Extortion); Title 18, United States Code, Section 1956 (Money Laundering); and Title 18, United States Code, Section 1957 (Monetary Transaction in Criminally Derived Property) and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C).

8. The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and Summons for Arrest of Articles *In Rem* be issued for the 2020 Ford F350 Crew Cab XLT Pickup Truck, bearing VIN: 1FT8W3B64LEC41202, with all accessories, attachments, and components thereon; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted

such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

## COUNT II

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C) for property constituting or derived from proceeds of violations of Title 18, United States Code, Sections 1341 (Mail Fraud); Title 18, United States Code, Section 1951 (Extortion); Title 18, United States Code, Section 1956 (Money Laundering); and Title 18, United States Code, Section 1957 (Monetary Transaction in Criminally Derived Property).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

3. The defendant property is one 2019 Cadillac Escalade ESV, bearing VIN: 1GYS4KKJ7KR254957, with all accessories, attachments, and components thereon.

4. The defendant property was seized on or about November 19, 2020, from the residence of Matissia Holt in O'Fallon, St. Clair County, Illinois.

5. The property consists of a vehicle which is currently being stored by the United States Marshals Service.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

7. The defendant property represents property constituting or derived from proceeds of violations of Title 18, United States Code, Sections 1341 (Mail Fraud); Title 18, United States Code, Section 1951 (Extortion); Title 18, United States Code, Section 1956 (Money Laundering); and Title 18, United States Code, Section 1957 (Monetary Transaction in Criminally Derived Property) and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C).

8. The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and Summons for Arrest of Articles *In Rem* be issued for the 2019 Cadillac Escalade ESV, bearing VIN: 1GYS4KKJ7KR254957, with all accessories, attachments, and components thereon; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

## **COUNT III**

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C) for property constituting or derived from proceeds of violations of Title 18, United States Code, Sections 1341 (Mail Fraud); Title 18, United States Code, Section 1951 (Extortion); Title 18, United States Code, Section 1956 (Money Laundering); and Title 18, United States Code, Section 1957 (Monetary Transaction in Criminally Derived Property).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

3. The defendant property is one 1962 Chevrolet Impala Convertible, bearing VIN: 21869F279747, with all accessories, attachments, and components thereon.

4. The defendant property was seized on or about February 5, 2021, from Gateway Classic Cars in O'Fallon, St. Clair County, Illinois.

5. The property consists of a vehicle which is currently being stored by the United States Marshals Service.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

7. The defendant property represents property constituting or derived from proceeds of violations of Title 18, United States Code, Sections 1341 (Mail Fraud); Title 18, United States Code, Section 1951 (Extortion); Title 18, United States Code, Section 1956 (Money Laundering); and Title 18, United States Code, Section 1957 (Monetary Transaction in Criminally Derived Property) and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C).

8. The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and Summons for Arrest of Articles *In Rem* be issued for the 1962 Chevrolet Impala Convertible, bearing VIN: 21869F279747, with all accessories, attachments, and components thereon; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

## COUNT IV

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C) for property constituting or derived from proceeds of violations of Title 18, United States Code, Sections 1341 (Mail Fraud); Title 18, United States Code, Section 1951 (Extortion); Title 18, United States Code, Section 1956 (Money Laundering); and Title 18, United States Code, Section 1957 (Monetary Transaction in Criminally Derived Property).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

3. The defendant property is $59,624.20 in funds seized from Regions Bank Account No. 4577.

4. The defendant property was seized on or about November 19, 2020, from Regions Bank located in O'Fallon, St. Clair County, Illinois.

5. The property consists of currency which has been deposited in the account of Asset Forfeiture Fund, U.S. Treasury Account c/o Federal Reserve Bank located in St. Louis, Missouri.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

7. The defendant property represents property constituting or derived from proceeds of violations of Title 18, United States Code, Sections 1341 (Mail Fraud); Title 18, United States Code, Section 1951 (Extortion); Title 18, United States Code, Section 1956 (Money Laundering); and Title 18, United States Code, Section 1957 (Monetary Transaction in Criminally Derived Property) and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C).

8. The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and Summons for Arrest of Articles *In Rem* be issued for the $59,624.20 in funds seized from Regions Bank Account No. 4577; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

## COUNT V

1. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. §

981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C) for property constituting or derived from proceeds of violations of Title 18, United States Code, Sections 1341 (Mail Fraud); Title 18, United States Code, Section 1951 (Extortion); Title 18, United States Code, Section 1956 (Money Laundering); and Title 18, United States Code, Section 1957 (Monetary Transaction in Criminally Derived Property).

2. This Court has subject-matter jurisdiction over this matter by virtue of 28 U.S.C. § 1345, *in rem* jurisdiction by virtue of 28 U.S.C. § 1355, and venue by virtue of 28 U.S.C. § 1395(b).

3. The defendant property is $17,065.66 in funds seized from Scott Credit Union Account No. 8198.

4. The defendant property was seized on or about November 19, 2020, from Scott Credit Union located in Edwardsville, Madison County, Illinois.

5. The property consists of currency which has been deposited in the account of Asset Forfeiture Fund, U.S. Treasury Account c/o Federal Reserve Bank located in St. Louis, Missouri.

6. The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached and fully incorporated by reference.

7. The defendant property represents property constituting or derived from proceeds of violations of Title 18, United States Code, Sections 1341 (Mail Fraud); Title 18, United States Code, Section 1951 (Extortion); Title 18, United States Code, Section 1956 (Money Laundering); and Title 18, United States Code, Section 1957 (Monetary Transaction in Criminally Derived Property) and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C).

8. The property is already in the possession, custody, and control of the United States.

WHEREFORE, the United States of America respectfully requests that a Warrant and Summons for Arrest of Articles *In Rem* be issued for the $17,065.66 in funds seized from Scott Credit Union Account No. 8198; that due notice be given to all parties to appear and show cause why the

forfeiture should not be decreed; that judgment be entered declaring the defendant property to be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

    Respectfully submitted,

    STEVEN D. WEINHOEFT
    United States Attorney

    */s/ Adam E. Hanna*
    ADAM E. HANNA
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, Illinois 62208
    (618) 628-3700

## DECLARATION

I am a Special Agent with the Federal Bureau of Investigation, and the agent assigned the responsibility for this case.

I have read the contents of the foregoing complaint for forfeiture and the exhibits thereto, and the statements contained therein are true to the best of my knowledge and belief.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury the foregoing is true and correct.

Executed on this 5th day of May, 2021.

>*/s/ Adam Hoberg w/consent*
>Adam Hoberg
>Special Agent
>Federal Bureau of Investigation